UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, AND TRAINING PROGRAM FUND, ET AL.,<br><br>                     Plaintiffs,<br><br>-against-<br><br>BAROCO CONTRACTING CORP.,<br><br>                     Defendant. | 23-cv-05106 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      This case has been assigned to me for all purposes. On June 16, 2023, Petitioners filed a complaint seeking confirmation of an arbitration award. Petitioners have not yet docketed an affidavit of service.

      Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is therefore hereby:

      ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by July 7, 2023. Respondent's opposition, if any, is due on July 28, 2023. Petitioners' reply, if any, is due on August 18, 2023.

      IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent and file an affidavit of service of this Order;

      IT IS FURTHER ORDERED that the Petitioner shall file its affidavit of service of the Complaint promptly.

Dated: June 21, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge