UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TRUSTEES OF THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND, et al.,

                Petitioners,                23 **CIVIL** 5106 (JLR)

    -against-                                **JUDGMENT**

BAROCO CONTRACTING CORP.,

                Respondent.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 6, 2023, the Court grants Petitioners' unopposed Petition to confirm the Award. Judgment is entered in favor of Petitioners and against Respondent as follows: (a) The arbitration award dated June 21, 2022 is confirmed; (b) Respondent is ordered to pay Petitioners a total of $24,390.48 pursuant to the terms of the Award; and (c) Respondent is ordered to pay Petitioners post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961(a).

**Dated**: New York, New York
        October 06, 2023

                                                        **RUBY J. KRAJICK**

                                                        _____

                                                           **Clerk of Court**

                            **BY:**

                                                          **Deputy Clerk**